UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 547
AND PARTICIPATING EMPLOYERS
HEALTH AND WELFARE TRUST FUND
    Plaintiff,

Civil Action No. 2:08-cv-11611

v.

Hon. Patrick J. Duggan

SHUBH HOTELS DETROIT, LLC dba
SHERATON DETROIT RIVERSIDE HOTEL
    Defendant.
_____/

**CONSENT ORDER
(i) DISMISSING CASE WITHOUT PREJUDICE, AND
(ii) SETTING PROCEDURES FOR
RE-OPENING OF CASE AND ENTRY OF CONSENT JUDGMENT**

Plaintiff and Defendant having entered into a Settlement Agreement, and having consented to the entry of this Order; and the Court, after having been fully advised of the terms of such Agreement;

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs to either party and shall be administratively closed.

IT IS FURTHER ORDERED that upon the occurrence of a Default under the Settlement Agreement, Plaintiff shall file with this Court and serve on Defendant (a) a Notice of Re-Opening Case, and (b) an Affidavit of Default under Settlement Agreement, and, without any further notice, hearing, application or order, shall present the Consent Order Re-Opening Case and Entry of Consent Judgment in the form attached to the Settlement Agreement, for immediate entry by this Court without the necessity of a hearing.

This Court shall retain jurisdiction over this matter for purposes set forth in the preceding paragraph.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 20, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 20, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager