UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 547
AND PARTICIPATING EMPLOYERS
HEALTH AND WELFARE TRUST FUND

    Plaintiff,

v.

SHUBH HOTELS DETROIT, LLC dba
SHERATON DETROIT RIVERSIDE HOTEL

    Defendant.
_____/

Civil Action No. 2:08-cv-11611

Hon. Patrick J. Duggan

## **CONSENT ORDER DISMISSING CASE WITH PREJUDICE**

The parties having entered into a Settlement Agreement, the Court having previously entered a Consent Order Dismissing Case Without Prejudice, et al.; the parties having complied with the Settlement Agreement and having consented to the entry of this Order; and the Court being fully advised;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs to either party.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: November 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager